Alvina Kietzmann, administratrix of the estate of Louis R. Totz, deceased, complainant, v. Edythe Schmidt et al., appellees, on appeal of Victor Burgess, administrator of the estate of Bertha O. Totz, deceased, appellant. Gen. No. 38,300.

 Opinion filed December 16, 1935.

Fred Rohde, for appellant; Abraham Miller, of counsel. Henry Pollenz, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

H. Fanelli, appellee, v. William Burke Harmon et al., appellants. Gen. No. 38,331.

Opinion filed December 16, 1935.

Barre Blumenthal, for appellants; Max A. Kopstein, of counsel. Charles T. Kramer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Mary A. Russell, appellee, v. Globe Mutual Life Insurance Association of Chicago, now known as Globe Life Insurance Company, appellant. Gen. No. 38,340.

 Opinion filed December 16, 1935. Rehearing denied December 30, 1935.

Fulton, Fulton & Sheen, for appellant. Frederick H. Chetlain and Philip W. Yager, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Margaret Browne, appellee, v. William Rodgers, administrator of the estate of Bernice Rodgers, deceased, appellant. Gen. No. 38,378.

Opinion filed December 16, 1935.

W. A. Leopold, for appellant. Fred Rohde, for appellee; Abraham Miller, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.